IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAROLD KON, FRANCINE D. PETERS, FRANK L. THORNTON, for themselves and as Representatives of the Class of Similarly Situated Participants of the Retirement Plan of U-ME Enterprises, Inc., | ) ) ) ) ) ) ) ) | Civ. No. 96-00340 HG-BMK |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| TETSUYA GOTO, aka ALAN T. GOTO, KATSUJI UCHIIKE, RANDELL T. YAMANE, ISAAC KUWAMURA, Individually and as Fiduciaries of the Retirement Plan of U-ME Enterprises, Inc.; U-ME Enterprises, Inc., dba "U-ME Tours"; and MASUMI GOTO, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION THAT DEFENDANT TETSUYA GOTO'S MOTION TO RECALCULATE DEFENDANT'S PAYMENTS TO THE FUNDS BE DENIED (DOC. 284)**

On December 28, 2009, Defendant Tetsuya Goto filed a motion entitled, "Motion For Recalculate Defendant Payments To The Funds." (Doc. 273.)

On February 10, 2010, the Magistrate Judge filed a Findings And Recommendation That Defendant Tetsuya Goto's Motion To Recalculate Defendant's Payments To The Funds Be Denied. (Doc. 284.) No objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title

1

28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, (Doc. 284), are **ADOPTED** as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: March 15, 2010, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge

Kon, et al. v. Goto, et al.; Civ. No. 96-00340 HG-BMK; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION THAT DEFENDANT TETSUYA GOTO'S MOTION TO RECALCULATE DEFENDANT'S PAYMENTS TO THE FUNDS BE DENIED (DOC. 284).**